UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, | No. 2:23-cv-0954 DB P |
| Plaintiff, | |
| v. | ORDER |
| SINGH, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner at Kern Valley State Prison, has filed a motion for preliminary injunction and temporary restraining order. (ECF No. 1.) No other pleadings have been filed by the plaintiff. Plaintiff's filing indicates that the alleged rights violations took place at Kern Valley State Prison and he requests an order directing Kern Valley State Prison to provide plaintiff with previously authorized medical equipment such as his walker and knee braces. (ECF No. 1 at 1-2.) Kern Valley State Prison is located in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's motion for temporary restraining order and preliminary injunction.

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  May 25, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/turn0954.nocompl+22