UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>            Plaintiff,<br><br>       v.<br><br>SINGH,<br><br>            Defendant. | No. 2:23-cv-0954 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants improperly confiscated his durable medical equipment. By order dated December 4, 2023, the undersigned screened plaintiff's complaint. (ECF No. 16.) Therein, the undersigned determined that plaintiff stated a potentially cognizable retaliation claim against defendants Singh and Willis but did not contain any additional claims. (Id. at 6-11.) Plaintiff was given the option to proceed immediately with his cognizable claims or to file an amended complaint. (Id.) Plaintiff has elected to file an amended complaint. (ECF No. 17.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's December 4, 2023, screening order (ECF No. 16), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

2. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  January 4, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/turn0954.am'd