1

2

3

4

5

6

7

8                                       UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      LAFONZO R. TURNER,                                No.  2:23-cv-0954 KJM DB P

12                          Plaintiff,

13              v.                                        ORDER

14      SINGH,

15                          Defendant.

16

17          Plaintiff is a state inmate proceeding pro se with a civil rights action under 42 U.S.C.

18   § 1983.  Plaintiff claims that defendants improperly confiscated his durable medical equipment.

19   The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C.

20   § 636(b)(1)(B) and Local Rule 302.

21          On October 24, 2023, the magistrate judge filed findings and recommendations, which

22   were served on plaintiff, and which contained notice to plaintiff that any objections to the

23   findings and recommendations were to be filed within twenty-one days.  Plaintiff has not filed

24   objections to the findings and recommendations, but he has requested a stay.  *See* ECF Nos. 17,

25   19.  This order addresses only the findings and recommendations (ECF No. 14) related to

26   plaintiff's request for a temporary restraining order (ECF No. 13), not the request for a stay.

27          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

28   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

                                                    1

1    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

2    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

3    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

4    supported by the record and by the proper analysis.

5             Accordingly, IT IS HEREBY ORDERED that:

6             1.  The findings and recommendations filed October 24, 2023, are adopted in full;

7             2.  Plaintiff's motion for injunctive relief (ECF No. 13) is denied; and

8             3.  This action is referred back to the assigned magistrate judge for all further pretrial

9    proceedings.

10   DATED:  January 11, 2024.

11

12   _____

13                    CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28