UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, | No. 2:23-cv-0954 DC SCR P |
| Plaintiff, | |
| v. | ORDER |
| SINGH, et al., | |
| Defendants. | |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed October 4, 2024, this court found plaintiff stated cognizable claims for retaliation against defendants Singh and Willis and for violation of the Americans with Disabilities Act ("ADA") against all defendants.  (ECF No. 30.)  This court further found plaintiff stated no other cognizable claims for relief.  Plaintiff was given the option of proceeding immediately on his retaliation and ADA claims, and dismissing his other claims, or filing a second amended complaint.  The court provided plaintiff with a form to be returned within twenty-one days to notify the court of his choice.

   When the court did not file a timely notice, in an order signed November 22 and filed November 25, 2024, this court gave plaintiff an additional fourteen days to file the notice.  (ECF No. 33.)  It has come to the court's attention that plaintiff sought a 45-60 day extension of time

1

shortly before the court issued its November 25 order. Plaintiff states that he requires the extension of time because he does not currently have his legal property. He also asks the court to order Kern Valley State Prison ("KVSP") to provide him with his legal property. Plaintiff has shown good cause for an extension of time.

With respect to plaintiff's request for his legal property, the court notes that plaintiff also filed a motion in July requesting his legal property from KVSP. (See ECF Nos. 26, 28.) The court denied that prior motion without prejudice. This court is concerned that plaintiff is still without his legal property. This court will order a representative of the Office of the Attorney General to inquire about the status of plaintiff's legal property.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 32) is granted.

2. Plaintiff is granted forty-five days from the date of this order in which to notify the court how he would like to proceed in this action.

3. Senior Assistant Attorney General Monica Anderson shall contact officials at KVSP regarding plaintiff's allegations that he does not have his legal property related to this case and, within fourteen days of the date of this order, file a response to that allegation. If plaintiff has not been provided with his legal property by the time of the inquiry, the response shall include an estimate of the time necessary to provide plaintiff with that property.

4. The Clerk of the Court is directed to serve this order and a copy of plaintiff's November 18, 2024 motion for an extension of time (ECF No. 32) on Senior Assistant Attorney General Monica Anderson.

DATED: December 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2