1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAFONZO R. TURNER,                        No.  2:23-cv-0954-DC-SCR (PC)

12                   Plaintiff,

13           v.                                  ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
14    V. SINGH, et al.,
                                                 (ECF Nos. 50, 52, 53)
15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 30, 2025, the magistrate judge filed findings and recommendations

21   recommending Plaintiff's motion to enforce a judgment (ECF No. 50) be denied. (ECF No. 52.)

22   Those findings and recommendations were served on all parties and contained notice to all parties

23   that any objections to the findings and recommendations were to be filed within twenty-one days.

24   Neither party filed objections to the findings and recommendations.

25          Also on June 30, 2025, Plaintiff filed a related motion for sanctions, specifically

26   requesting the court impose sanctions against Defendants for not complying with a settlement

27   agreement. (ECF No. 53.) As the magistrate judge explained in the findings and

28   recommendations, that settlement agreement was entered into by Plaintiff to settle a civil action

                                                   1

1    he filed in the United States District Court for the Northern District of California—not this court.

2    Thus, this court does not have jurisdiction to enforce that agreement or sanction Defendants for

3    purported non-compliance with that agreement. Accordingly, Plaintiff's motion for sanctions will

4    be denied.

5         The court has reviewed the file and finds the findings and recommendations to be

6    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

7    ORDERED that:

8         1.  The findings and recommendations issued on June 30, 2025 (ECF No. 52) are

9    ADOPTED in full;

10        2.  Plaintiff's motion to enforce a judgment (ECF No. 50) is DENIED;

11        3. Plaintiff's related motion for sanctions (ECF No. 53) is DENIED; and

12        4. This matter is referred back to the assigned magistrate judge for further proceedings.

13

14        IT IS SO ORDERED.

15    Dated:  __**August 15, 2025**__

16                                                    Dena Coggins
                                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                         2