UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>V. SINGH, et al.,<br><br>Defendants. | No.  2:23-cv-00954-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 63, 65) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 65.  Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations issued on February 13, 2026 (ECF No. 65) are ADOPTED;

1

2. Plaintiff's motion for access to legal property (ECF No. 63), construed as a motion for temporary restraining order, is DENIED without prejudice; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

Dena Coggins
United States District Judge

2