IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,** | Case No. 2:23-cv-00954-DC-SCR |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **V. SINGH, et al.,** | |
| Defendants. | |

Defendants have filed an *ex parte* application seeking leave to file a summary judgment motion limited to their exhaustion defense prior to having to file, if necessary, a merits-based motion for summary judgment.  Defendants have demonstrated good cause in that such an approach could potentially save the parties and the Court significant time and resources. Accordingly, Defendants' *ex parte* application is granted and the Court orders as follows:

1. The dispositive motion deadline set in the Court's Order dated May 21, 2026 (ECF No. 77) is VACATED;

2. Any summary judgment motions based on exhaustion of administrative remedies shall be filed on or before **September 1, 2026; and**

///

///

1

3. Following the Court's ruling on any such motion, the Court will re-set a cutoff date for merits-based summary-judgment motions regarding remaining claims and/or Defendants, if any.

Dated: July 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order (2:23-cv-00954-DC-SCR)