UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

Plaintiff,

v.

V. SINGH, et al.,

Defendants.

No. 2:23-cv-0954 DC SCR (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 68, 76, 77)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and recommend denial of Plaintiff's third and fourth motions for a temporary restraining order. ECF No. 77. Those findings and recommendations contained notice to all parties that any objections were to be filed within twenty-one days. *Id.* Plaintiff filed objections to the findings and recommendations. ECF No. 80. As the magistrate judge emphasized in the findings and recommendations, Plaintiff's pending third and fourth motions for a temporary restraining order (Doc. Nos. 68, 76) repeat the same arguments and allegations as his prior motions that were denied. ECF No. 77 at 3–5. The undersigned has also considered Plaintiff's objections and do not find that they provide a basis upon which to reject the findings

and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 77) are ADOPTED;

2. Plaintiff's motions for a temporary restraining order (ECF Nos. 68, 76) are DENIED; and

3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge