UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, Plaintiff, v. V. SINGH, et al., Defendants. | No. 2:23-cv-00954-DC-SCR (PC) <br> ORDER DENYING REQUEST FOR RECONSIDERATION <br> (ECF No. 87) |

On August 24, 2026, Plaintiff filed a request for reconsideration of the magistrate judge's order filed August 6, 2026, denying his request for an extension of time to conduct discovery (construed as a motion to modify the discovery and scheduling order). ECF No. 85. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Plaintiff does not identify any such error in the magistrate judge's order, which explained that the court had already extended the discovery deadline multiples times and Plaintiff had already been given several opportunities to compel Defendants to produce the documents he seeks in discovery. Thus, Plaintiff had not demonstrated good cause, as is required to modify the scheduling order governing the case.

Accordingly:

1. Upon reconsideration, the order of the magistrate judge filed August 6, 2026, is

affirmed;

2. Plaintiff's motion to reconsider (ECF No. 87) is DENIED; and

3. This case remains pending before the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dena Coggins
United States District Judge