UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, Plaintiff, v. V. SINGH, et al., Defendants. | No. 2:23-cv-00954 DC SCR<br>ORDER |

On September 25, 2026, Plaintiff filed an opposition to Defendants' motion for summary judgment. ECF No. 89. The opposition is signed and dated September 20, 2026. Id. at 8. Three days later, Plaintiff's motion for extension of time to file an opposition was docketed. ECF No. 90. However, that motion is signed and dated September 9, 2026, more than a week before Plaintiff signed and dated his opposition. Id. at 1. Thus, it appears that Plaintiff is no longer in need of an extension of time. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 90) is denied without prejudice as moot; and

2. Defendants may file a reply brief by October 9, 2026. See Local Rule 230(*l*). The motion will be deemed submitted when the time to file a reply has expired. Id.

DATED: October 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE