UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, Plaintiff, v. V. SINGH, et al., Defendants. | No. 2:23-cv-00954 DC SCR<br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. He has requested a 30-day extension of time to respond to Defendants' reply brief in support of their motion for summary judgment. ECF No. 93. Plaintiff explains that he is in administrative segregation and has had difficulty gathering necessary documents. Id.

Plaintiff is advised that the Local Rules provide for a motion, an opposition, and a reply. See Local Rule 230(*l*). Generally, subject to certain exceptions, a party may not file a response to a reply (known as a "sur-reply") without a court order. See Local Rule 230(m) ("After a reply is filed, no additional memoranda, papers, or other materials may be filed without prior Court approval[.]"). The exceptions to prior court approval are: (1) objections to new evidence submitted with a reply brief; and (2) a notice of supplemental legal authority. Local Rule 230(m)(1) & (2).

Plaintiff does not explain why he wishes to file a sur-reply and the undersigned cannot

otherwise find that one of Local Rule 230(m)'s exceptions apply. For example, Defendants did not include any new evidence with their reply. See ECF No. 92. Therefore, the undersigned will grant Plaintiff's motion in part and permit him 30 days to file a motion to seek leave to file a sur-reply along with his proposed sur-reply. Plaintiff is advised that the Court will not consider the sur-reply unless he demonstrates good cause for doing so. Local Rule 230(m); see also JG v. Douglas County School Dist., 552 F.3d 786, 803 n.14 (9th Cir. 2008) (district courts have the discretion to either permit or preclude a sur-reply).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 93) is GRANTED IN PART.

2. Within 30 days of service of this order, Plaintiff may file a motion to seek leave to file a sur-reply and his proposed sur-reply.

DATED: November 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE